## Mary Ann Durfee vs. James McClurg.

A notice of hearing, given by the appellee in Chancery, is a waiver of irregularities, in taking the appeal.

*Heard and Decided October 19th.*

Appeal from Wayne Circuit in Chancery.

*C. I. Walker* moved to dismiss the appeal in this cause, for the reason that no notice of taking the appeal had been given, as required by the Rules.

*J. E. Bigelow,* for the appellant, objected that the appellee had noticed the cause for argument, and the case was now on the docket for hearing; and he claimed that this. was a waiver of the irregularity.

The COURT so held, and the motion was denied.